**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6172**

_____

ANTRELL JERMAINE FORDHAM, a/k/a Antrell Fordham, a/k/a
Antrell J. Fordham,

            Plaintiff - Appellant,

      v.

DR. MOORE; MRS. L. MAUNEY; MRS. E. HOLCOMB, individual and
official capacities,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Mary G. Lewis, District Judge.
(2:12-cv-00974-MGL)

_____

Submitted:  April 25, 2013            Decided:  April 30, 2013

_____

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antrell Jermaine Fordham, Appellant Pro Se.   Shelton Webber
Haile, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antrell Jermaine Fordham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fordham v. Moore, No. 2:12-cv-00974-MGL (D.S.C. Jan. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED